UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA MARIE ALLEN )<br>        Plaintiff, )<br>            )<br>v.                          )<br>            )<br>LATOYA CHERRY     )<br>       Defendant. )| **JUDGMENT**<br>5:22-CV-195-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 6, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on February 6, 2023, and Copies To:**
Wanda Marie Allen (via US mail) 3316 Perkins Ridge Road, Raleigh, NC 27610

February 6, 2023                 PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk